

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00117-CV

| | | |
|---|---|---|
| CALEB MOORE, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-291883-17) |
| | § | January 30, 2025 |
| ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Allstate County Mutual Insurance Company shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker